No. 12,859.

McFarlane *v.* City and County of Denver et al.

(8 P. [2d] 1112)

Decided February 29, 1932.

Mr. Ernest Morris, for plaintiff in error.

Mr. James D. Parriott, Mr. F. P. Cranston, Mr. R. C. Hecox, for defendants in error.

*En Banc.*

Mr. Justice Alter delivered the opinion of the court.

The judgment and decree of the district court herein was rendered prior to the announcement of our decisions in *Santa Fe Land Improvement Company v. City and County of Denver,* 89 Colo. 309, 2 P. (2d) 238, and *Ross v. City and County of Denver,* 89 Colo. 317, 2 P. (2d) 241, and is in conflict therewith, as to the particular claim for damages herein involved, which fact is also stipulated.

The judgment and decree is reversed and the cause remanded, with instructions to the trial court to set aside and vacate its judgment and decree herein, and further proceedings, if any, are to be in accordance with our decisions in the above cited cases.